1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE C. GOMEZ,

                Petitioner,

        v.

RANDY GROUNDS, Warden,

              Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA CV 10-0681 DSF (JCG)

**JUDGMENT**

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: 3/7/11

*Dale S. Fischer*

_____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE